**Samuel Juvan Bowens**

     v.                                  Case No. **16-cv-00514-JL**

**FCI Berlin, Warden**


## O R D E R


After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 11, 2018.

_____
Joseph N. Laplante
Chief Judge



Date: February 8, 2018

Cc: Samuel Juvan Bowens, pro se
    Seth Aframe, AUSA